| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (910) 898-9077 | FOR COURT USE ONLY |
|---|---|---|
| Enzo Zelocchi<br>333 Washington Blvd #244<br>Marina Del Rey, CA 90292<br>ATTORNEY FOR   Self Represented | Ref. No. or File No.<br>90292 | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>JAN 10 2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY   GSA   DEPUTY |
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Zelocchi, Enzo v. WOODY, KATY DIANN | | |
| INVOICE NO.<br>10716789-11 | DATE:   TIME:   DEP./DIV. | CASE NUMBER:<br>2:24-cv-9601 |

United States District Court

Declaration of Diligence

Person to Serve: KENNETH CHILDS, an individual

Documents Received:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice to Interested Parties;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Nov 20 2024  04:16PM**   633 W 5th St fl 26, Los Angeles, CA 90071; There is no access to this business address. Jane Doe security calls upstairs

**Nov 21 2024  11:45AM**   633 W 5th St fl 26, Los Angeles, CA 90071; There is no access to this business address. Jane Doe security calls upstairs

**Nov 25 2024  03:19PM**   633 W 5th St fl 26, Los Angeles, CA 90071; Sub-Served on Jane Doe (refused to give name), refused to allow access to the suite

**Nov 25 2024  03:19PM**   633 W 5th St fl 26, Los Angeles, CA 90071; Sub-Served on Jane Doe (refused to give name), refused to allow access to the suite

Person attempting service:
  a. Name: Robert Hall
  b. Address: 1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 80.00
  e. I am:
  (3) [X] a registered CA process server:
      (i) [X] Independent Contractor

CONTINUED ON NEXT PAGE

Declaration of Diligence

Billing Code: 90292

| PLAINTIFF/PETITIONER: | Zelocchi | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | WOODY | 2:24-cv-9601 |

(ii) Registration No.: 6932   Expires: 1/11/2025
(iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

12/3/2024

Robert Hall                              >                          *[signature]*

**Declaration of Diligence**

Billing Code: 90292