FILED

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (910) 898-9077 | FOR COURT USE ONLY |
|---|---|---|
| Enzo Zelocchi<br>333 Washington Blvd #244<br>Marina Del Rey, CA 90292<br>ATTORNEY FOR   Self Represented | | 2025 JAN 10  PM 2: 46<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST OF CALIF<br>LOS ANGELES<br>BY: _eﬆA_ |

| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | |
|---|---|

| SHORT TITLE OF CASE:<br>Zelocchi, Enzo v. WOODY, KATY DIANN | |
|---|---|

| DATE:        TIME:        DEP./DIV. | CASE NUMBER:<br>2:24-cv-9601 |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>90292 |

### United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice to Interested Parties; Civil Case Cover Sheet**

On: **KATY DIANN WOODY, an Individual**

I served the above listed documents by Substitute service in accordance with FRCP 4(e)(2) or CCP 415.20 et seq.

at **11237 Mitchell Rd  Rapidan, VA 22733**

On: **12/21/2024**          Date: **12:32 PM**

In the above mentioned action  by serving to and leaving with

**Troy Woody (Gender: M Age: 63 Height: 5'10 Weight: 190 Race: Caucasian  Hair: Gray Other: )**
**Occupant**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Crystal Rivers**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. The fee for this service was: **463.71**
  e. I am an independent contractor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**JANNEY & JANNEY**
LEGAL SUPPORT SERVICE

**Crystal Rivers**

Date: **12/24/2024**