Marc Y. Lazo (SBN 215998)
**K&L LAW GROUP, P.C.**
2646 Dupont Drive, Suite 60340
Irvine, CA 92612
Telephone: 949-216-4002
Email: mlazo@kllawgroup.com
*Attorney for Plaintiff ENZO ZELOCCHI*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENZO ZELOCCHI**, an individual,<br>      Plaintiff,<br><br>vs.<br><br>**ADAM IZA**, an individual; **IRIS AU**, an individual; **RICHARD DUDGEON**, an individual; **DEAN BRYAN RAWLINGS**, an individual; **CHRISTOPHER QUINTERO**, an individual; **MICHAEL QUINTERO**, an individual; **TROY WOODY JR.**, an individual; **KATY DIANN WOODY**, an individual; **THOMAS CORNELIA**, an individual; **CORNELIA MEDIA, LLC**., a Nevada corporation; **KENNETH CHILDS**, an individual; **PARAMOUNT INVESTIGATIVE SERVICES**, a California corporation; and **DOES 1-10**, INCLUSIVE<br>      Defendants | Case No.: 2:24−cv−09601−SRM−JPR<br><br>**PLAINTIFF ENZO ZELOCCHI'S CASE MANAGEMENT STATEMENT**<br><br>**Judge: Hon. Serena R. Murillo** |

Counsel for Plaintiff ENZO ZELOCCHI presents the Court with the following statement:

**A. Date of Filing**

The complaint was filed on November 6, 2024 by Plaintiff ENZO ZELOCCHI, at the time proceeding in pro per.

**B. Parties**

Plaintiff ENZO ZELOCCHI ("ZELOCCHI") is an individual and a California resident. As part of his business activities, ZELOCCHI maintains significant cryptocurrency assets stored on his personal laptop, which became a central target of the defendants' alleged criminal activities. The defendants' actions, including their attempts to acquire ZELOCCHI's laptop, were aimed at gaining access to these assets.

Defendant ADAM IZA (formerly known as AHMED FAIQ aka ADAM FAIQ) is an individual and a California resident and, on information and belief, orchestrated a scheme involving extortion, robbery, assault, kidnapping, and defamation to acquire ZELOCCHI's cryptocurrency. IZA's actions include directing multiple extortion attempts, coordinating criminal activities, including the kidnapping of ZELOCCHI in Corona, California, and being involved in physical assaults and battery of ZELOCCHI and those acting as his agent; Defendant IRIS AU, is an individual and a California resident and the girlfriend of Defendant ADAM IZA. On information and belief, AU allegedly participated in IZA's fraudulent and extortionate efforts by filing a frivolous lawsuit and financially supporting illegal activities. Evidence presented in other lawsuits suggests her deeper involvement;

Defendant RICHARD RAYMOND DUDGEON is an individual and a former Los Angeles Deputy Sheriff residing in California. On information and belief, DUDGEON used his knowledge and experience as a former law enforcement officer to assist IZA in criminal activities that were part of an extortion

scheme. This included coordinating with other defendants in the kidnapping and armed robbery of ZELOCCHI, providing tactical support to facilitate the execution of these crimes, and leveraging his former position to help IZA evade detection and arrest;

Defendant DEAN BRYAN RAWLINGS is an individual and an active Los Angeles County Sheriff's Deputy residing in California. On information and belief, RAWLINGS used his knowledge, experience, and resources as a Sheriff's Deputy to assist IZA in criminal activities that were part of an extortion scheme, including planning and coordinating an armed robbery and kidnapping of ZELOCCHI at an Arco gas station. RAWLINGS is also alleged to have helped IZA evade arrest by using his connections and familiarity with law enforcement procedures, constituting obstruction of justice;

Defendant CHRISTOPHER QUINTERO, an individual and a California resident, is believed to be an active Los Angeles Deputy Sheriff. On information and belief, C. QUINTERO used law enforcement resources to provide IZA with confidential information, violating department policies;

Defendant MICHAEL QUINTERO is an individual and a California resident, and the brother of Defendant C. QUINTERO. On information and belief, M. QUINTERO participated in the robbery of non-party DAVID DO's personal belongings, forcibly taking DO's laptop bag as part of the larger extortion campaign targeting ZELOCCHI;

Defendant TROY WOODY JR. is an individual and a resident of California, currently incarcerated in the Philippines. On information and belief, T. WOODY directed extortion attempts targeting ZELOCCHI from abroad, including using electronic means to make threats and demands for cryptocurrency. T. WOODY is further alleged to have coordinated these efforts with IZA and other co-defendants,

actively supporting the extortion scheme despite his physical absence from the U.S.;

Defendant KATY WOODY is an individual and a resident of Virginia, and the mother of Defendant T. WOODY. On information and belief, K. WOODY financially supported her son's extortion efforts and those of IZA, including funding resources used to carry out the extortion scheme against ZELOCCHI in California. K. WOODY is further alleged to have played a supportive role in maintaining communication and financial stability for the ongoing criminal activities, including sending emails and corresponding with IZA while he was in California, as part of a coordinated effort to target ZELOCCHI;

Defendant SPENCER THOMAS CORNELIA is an individual and a Nevada resident, and the owner of CORNELIA MEDIA. On information and belief, CORNELIA collaborated with IZA to defame ZELOCCHI through the publication of false and damaging online content. CORNELIA is alleged to have used his media company, CORNELIA MEDIA, to disseminate defamatory statements as part of the broader extortion scheme, causing reputational harm to ZELOCCHI;

Defendant CORNELIA MEDIA, LLC. is a Nevada corporation owned by Defendant CORNELIA that, on information and belief, published defamatory content online that damaged ZELOCCHI's professional reputation. CORNELIA MEDIA was a key tool used by CORNELIA and IZA to harm ZELOCCHI's reputation as part of the extortion scheme, intentionally publishing false statements to further the co-conspirators' objectives;

Defendant KENNETH CHILDS is an individual and a California resident, and the manager of PARAMOUNT. On information and belief, CHILDS conducted illegal surveillance on behalf of IZA to assist in the extortion and harassment of ZELOCCHI. CHILDS is further alleged to have used investigative

resources to track ZELOCCHI's whereabouts and movements, relaying this information to the co-conspirators to aid in their criminal efforts; and

Defendant PARAMOUNT INVESTIGATIVE SERVICES is a California corporation with its primary place of business at 633 W. Fifth Street, Los Angeles, California, owned by Defendant CHILDS that, on information and belief, participated in illegal surveillance of ZELOCCHI in furtherance of the extortion and defamation scheme. PARAMOUNT was utilized by CHILDS and the co-defendants to gather private information about ZELOCCHI to be used in furtherance of their criminal activities.

### C. Summary of Claims

This lawsuit arises from a series of coordinated criminal and unlawful acts by the Defendants aimed at unlawfully acquiring ZELOCCHI's cryptocurrency, intimidating ZELOCCHI, and engaging in other unlawful acts. The enterprise engaged in racketeering activities including extortion, fraud, robbery, kidnapping, criminal copyright infringement, obstruction of justice, defamation, and violations of the Computer Fraud and Abuse Act (CFAA). These activities caused substantial harm to ZELOCCHI, including financial losses, damage to his reputations, emotional distress, and physical harm.

### D. Events Underlying the Action

In 2018 Defendants began their efforts to acquire Plaintiff's cryptocurrency assets. Defendants earliest attempts to acquire the cryptocurrency assets were through the use of threats under the UGNAZI terrorist group identity. In 2021 Defendants IZA and WOODY hired Defendant CHILDS to surveil Plaintiff, tracking his activity in an effort to plan attacks against Plaintiff. Defendants carried out several attacks on Plaintiff, including an attempted kidnapping at a gas station in Corona, CA and including an invasion of Plaintiff's home. Defendants also

carried out several attacks on a business associate of Plaintiff in an effort to gain access to Plaintiff's cryptocurrency assets. As a part of their extortion efforts against Plaintiff, Defendants filed several baseless lawsuits against Plaintiff. Defendants additionally engaged in a defamatory campaign against Plaintiff, hiring Defendant CORNELIA to carry out the defamation efforts as a means to extort Plaintiff's cryptocurrency assets.

### E. Relief Sought

Plaintiff seeks compensatory damages, treble damages under 18 U.S.C. § 1964(c), punitive damages, and injunctive relief to prevent further illegal activities by Defendants. Plaintiff seeks compensatory damages, punitive damages, and any other relief the Court deems appropriate under the CFAA, including damages for financial losses, reputational harm, and the adverse impact on his business operations. Plaintiff seeks compensatory damages, injunctive relief, foreseeable attorneys' fees, and costs, as well as any other relief deemed appropriate by the Court, pursuant to California Penal Code § 502(e). Plaintiff seeks compensatory damages, punitive damages, and injunctive relief to prevent further extortion attempts by Defendants. Plaintiff seeks compensatory damages, presumed damages for defamation per se, punitive damages to punish Defendants for their malicious conduct, and any other relief the Court deems just and proper. Plaintiff seeks an award of reasonable, foreseeable attorneys' fees and costs, as provided by law, including under 18 U.S.C. § 1964(c) and other applicable statutes. Plaintiff seeks injunctive relief enjoining Defendants from continuing their unlawful conduct, including the publication and dissemination of defamatory content about ZELOCCHI, and further enjoining Defendants from pursuing frivolous lawsuits against ZELOCCHI, or, in the alternative, for an order dismissing such lawsuits with prejudice. Plaintiff seeks equitable relief, requiring Defendants to return stolen

property belonging to DAVID DO, or, in the alternative, to compensate ZELOCCHI for the financial losses incurred in covering DAVID DO's losses. Plaintiff also seeks any other relief the Court deems just and proper.

**F.  Status of Discovery**

None of the named defendants have responded to the complaint as of this date. Therefore, no discovery has been conducted.

Plaintiff anticipates seeking written discovery, including interrogatories, document requests, and requests for admission as to all defendants. Plaintiff anticipates that the need for further discovery may be identified during the course of discovery.

**G. Procedural History of Case**

Plaintiff filed the within action on November 6, 2024, in propria persona. Defendants Katy Diann Woody, Paramount Investigative Services and Kenneth Childs have been served with the Complaint and Proofs of Service filed with the Court.  Plaintiff attempted service of the Summons and Complaint on Defendants Adam Iza, Michael Quintenero and Christopher Quintenero, however, was unsuccessful.  Declarations of Diligence have been filed with the Court.

On February 17, 2025, attorney Marc Lazo substituted in as counsel for Plaintiff Enzo Zelocchi.  This court granted Plaintiff's Request to Substitute attorney Marc Lazo for Plaintiff Enzo Zelocchi on February 25, 2025.

Plaintiff is currently in the process of hiring a private investigator to locate and serve all Defendants who have not been served with the Complaint.

Plaintiff intends on filing Defaults against Defendants Katy Diann Woody, Paramount Investigative Services and Kenneth Childs for their failure to respond to the Complaint.

//

### H. Requested Modifications of Deadlines

Plaintiff does not request any modification of any deadlines.

### I. Consent to Magistrate Judge

Plaintiff ENZO ZELOCCHI does not consent to a magistrate judge for trial.

### J. Need for Case Management Conference

There is no immediate need for a Case Management Conference as none of the other parties have responded as of this date.

### K. Immediate Relief Sought regarding Case Schedule

There is no immediate relief sought regarding the case schedule.

Dated:  March 18, 2025         K&L LAW GROUP, P.C.

_____
Marc Lazo
Attorney for Plaintiff