# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Enzo Zelocchi 333 Washington Blvd #244 Marina Del Rey, CA 90292 ATTORNEY FOR  Self Represented | TELEPHONE NUMBER (910) 898-9077 Ref. No. or File No. 90292 | FOR COURT USE ONLY FILED CLERK, U.S. DISTRICT COURT JAN 10 2025 CENTRAL DISTRICT OF CALIFORNIA BY GSA  DEPUTY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG 255 East Temple St. Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE: Zelocchi, Enzo v. WOODY, KATY DIANN | | |
| INVOICE NO. 10716789-11 | DATE: TIME: DEP./DIV. | CASE NUMBER: 2:24-cv-9601 |

United States District Court

Declaration of Diligence

Person to Serve: KENNETH CHILDS, an individual

Documents Received:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice to Interested Parties;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Nov 20 2024  04:16PM   633 W 5th St fl 26, Los Angeles, CA 90071; There is no access to this business address. Jane Doe security calls upstairs
Nov 21 2024  11:45AM   633 W 5th St fl 26, Los Angeles, CA 90071; There is no access to this business address. Jane Doe security calls upstairs
Nov 25 2024  03:19PM   633 W 5th St fl 26, Los Angeles, CA 90071; Sub-Served on Jane Doe (refused to give name), refused to allow access to the suite
Nov 25 2024  03:19PM   633 W 5th St fl 26, Los Angeles, CA 90071; Sub-Served on Jane Doe (refused to give name), refused to allow access to the suite

Person attempting service:
   a. Name: Robert Hall
   b. Address: 1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 80.00
   e. I am:
   (3) [X] a registered CA process server:
       (i) [X] Independent Contractor

CONTINUED ON NEXT PAGE

Declaration of Diligence

Billing Code: 90292

**EXHIBIT 1 - PAGE 1**

| PLAINTIFF/PETITIONER: Zelocchi | CASE NUMBER: 2:24-cv-9601 |
|---|---|
| DEFENDANT/RESPONDENT: WOODY | |

(ii) Registration No.: 6932   Expires: 1/11/2025
(iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

12/3/2024

Robert Hall    >    *[signature]*

Declaration of Diligence

Billing Code: 90292

**EXHIBIT 1 - PAGE 2**