Marc Y. Lazo (SBN 215998)
**K&L LAW GROUP, P.C.**
2646 Dupont Drive, Suite 60340
Irvine, CA 92612
Telephone: 949-216-4002
Email: mlazo@kllawgroup.com
*Attorney for Plaintiff ENZO ZELOCCHI*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENZO ZELOCCHI**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**ADAM IZA**, an individual; **IRIS AU**, an individual; **RICHARD DUDGEON**, an individual; **DEAN BRYAN RAWLINGS**, an individual; **CHRISTOPHER QUINTERO**, an individual; **MICHAEL QUINTERO**, an individual; **TROY WOODY JR.**, an individual; **KATY DIANN WOODY**, an individual; **THOMAS CORNELIA**, an individual; **CORNELIA MEDIA, LLC**., a Nevada corporation; **KENNETH CHILDS**, an individual; **PARAMOUNT INVESTIGATIVE SERVICES**, a California corporation; and **DOES 1-10**, INCLUSIVE<br><br>Defendants | Case No.: 2:24−cv−09601−SRM−JPR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO QUASH SERVICE OF SUMMONS PURSUANT TO F.R.C.P §§ 4 AND 12(b)(5); DECLARATIONS OF MARC LAZO**<br><br>**Judge: Hon. Serena R. Murillo**<br><br>**[Opposition to Motion to Quash filed concurrently herewith]**<br><br>**Motion Date:    June 12, 2025**<br>**Motion Time:    1:30 p.m.**<br>**Motion Location:  Dept. 9**<br><br>Complaint Filed:  November 6, 2024<br>Trial Date:   None Set |

PLEASE TAKE NOTICE THAT Plaintiff ENZO ZELOCCHI hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence

201 of the following documents in support of their Opposition to Defendants' Motion to Quash Service of Summons:

**Exhibit "A"** Proof of Service of Kenneth Childs filed on January 10, 2025

**Exhibit "B"** Proof of Service of Paramount Investigative Services filed on January 10, 2025

**Exhibit "C"** Declaration of Diligence of Service filed on January 10, 2025

**Exhibit "D"** Declaration of Service by Mail of Kenneth Childs filed on January 10, 2025

**Exhibit "E"** Declaration of Service by Mail of Paramount Investigative Services filed on January 10, 2025

**Exhibit "F"** Declaration of Diligence of Service as to Paramount Investigative Services dated May 14, 2025

**Exhibit "G"** California Secretary of State listing for Paramount Investigative Services, Inc.'s agent for service of process

Dated:  May 15, 2025                    K&L LAW GROUP, P.C.


_____
                                        Marc Lazo
                                        Attorney for Plaintiff