**K&L LAW GROUP, P.C.**
Marc Y. Lazo (SBN 215998)
Alexander Powers (SBN 350967)
2646 Dupont Drive, Suite 60340
Irvine, CA 92612
Telephone: 949-216-4002
*Attorney for Plaintiff ENZO ZELOCCHI*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENZO ZELOCCHI**, an individual, <br> Plaintiff, <br><br> vs. <br><br> **ADAM IZA**, an individual; **IRIS AU**, an individual; **RICHARD DUDGEON**, an individual; **DEAN BRYAN RAWLINGS**, an individual; **CHRISTOPHER QUINTERO**, an individual; **MICHAEL QUINTERO**, an individual; **TROY WOODY JR.**, an individual; **KATY DIANN WOODY**, an individual; **THOMAS CORNELIA**, an individual; **CORNELIA MEDIA, LLC.**, a Nevada corporation; **KENNETH CHILDS**, an individual; **PARAMOUNT INVESTIGATIVE SERVICES**, a California corporation; and **DOES 1-10**, INCLUSIVE <br><br> Defendants | Case No.: 2:24−cv−09601−SRM−JPR <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** <br><br> **Judge: Hon. Serena R. Murillo** <br><br><br> **Motion Date:**     **July 17, 2025** <br> **Motion Time:**     **1:30 p.m.** <br> **Motion Location:**   **Dept. 5D** <br><br> Complaint Filed: November 6, 2024 <br> Trial Date:   None Set |

Pursuant to Federal Rule of Evidence 201, Plaintiff ENZO ZELOCCHI ("Plaintiff") requests that this court take judicial notice of the following documents in support of Plaintiff's Opposition to Motion to Dismiss:

1. Complaint filed November 6, 2024, in the within action [DKT 1];

2. Standing Order for Newly Assigned Civil Cases filed March 25, 2025, in the within action [DKT 26];

3. Defendant Kenneth Childs' and Paramount Investigative Services, Inc.'s Notice of Motion and Motion to Dismiss Pursuant to FRCP 12(b)(6) filed on June 17, 2025, in the within action [DKT 34];

4. Defendant Kenneth Childs' and Paramount Investigative Services, Inc.'s Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to FRCP 12(b)(6) filed on June 17, 2025, in the within action [DKT 34-1];

5. Order Denying Motion to Quash Service of Summons, DKT. [27] filed on June 23, 2025 in the within action [DKT 35].

Dated:  June 26, 2025                    K&L LAW GROUP, P.C.


_____

Marc Y. Lazo
Attorney for Plaintiff