David J. Byassee, Bar No. 244509
James Whitemyer, Bar No. 185528
PLAIN LEGAL PC
501 N. E. Camino Real, Suite 223
San Clemente, California 92672
(866) 286-5002
Email: service@plain-legal.com

Attorneys for Defendants
KENNETH CHILDS and PARAMOUNT
INVESTIGATIVE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO ZELOCCHI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADAM IZA, and individual; IRIS AU, an individual; RICHARD DUDGEON, an individual; BRYAN RAWLINGS, an individual; CHRISTOPHER QUINTENERO, an individual; MICHAEL QUINTENERO, an individual; TROY WOODY JR., an individual; KATY DIANN WOODY, an individual; THOMAS CORNELIA, an individual; CORNELIA MEDIA, LLC., a Nevada corporation; KENNETH CHILDS, an individual; PARAMOUNT INVESTIGATIVE SERVICES, a California corporation; and DOES 1-10, INCLUSIVE<br><br>Defendants. | Case No. 2:24-cv-09601-SRM-JPR<br><br>**DEFENDANT KENNETH CHILDS' AND PARAMOUNT INVESTIGATIVE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Motion Date:    July 17, 2025<br>Motion Time:    1:30 p.m.<br>Motion Location:  Dept. 5D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2025, at 1:30 p.m., in Department 5D of the First Street U.S. Courthouse, located 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 5D, on the Fifth floor, Defendants KENNETH CHILDS ("Childs") and PARAMOUNT INVESTIGATE SERVICES INC. ("Paramount") (collectively,

1

"Childs", "Moving Parties" and/or "Defendants") will move this Court to dismiss the Complaint against Childs pursuant to FRCP 12(b)(6) on the grounds that Cause of Action No. 12 False Light Invasion of Privacy is barred by the statute of limitations and fails to state a cause of action against Childs; and Cause of Action No. 1 Civil RICO (18 U.S.C. § 1962, "civil RICO") fails to state a cause of action against Childs.

Counsel have met and conferred, and are at an impasse.

This Motion is based on this notice; the attached memorandum of points and authorities; and any further briefs, evidence, and/or arguments brought before this Court.

PLAIN LEGAL PC

DATED: June 17, 2025          By: /s/James Whitemyer
                                  David J. Byassee
                                  James Whitemyer
                                  Attorneys for Defendants
                                  KENNETH CHILDS and PARAMOUNT
                                  INVESTIGATIVE SERVICES, INC.

PLAIN
LEGAL
PC

DEFENDANT KENNETH CHILDS' AND PARAMOUNT INVESTIGATIVE SERVICES, INC.'S
NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Case Name: *Enzo Zelocchi v. Adam Iza, et al.*

Case No. 2:24-cv-09601-SRM-JPR

I, James Whitemyer, am a citizen of the United States and am at least eighteen years of age. My business address is 501 N. El Camino Real, Suite 223, San Clemente, California 92672. I am not a party to the above-entitled action.

On June 17, 2025, I have caused service of:

**DEFENDANT KENNETH CHILDS' AND PARAMOUNT INVESTIGATIVE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

| | |
|---|---|
| Marc Y. Lazo<br>K & L LAW GROUP PC<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612 | T: (949) 216-4002<br>F: (855) 471-1111<br>mlazo@kllawgroup.com<br><br>Attorneys for Plaintiff<br>Enzo Zelocchi |

**BY UNITED STATES DISTRICT COURT ECF SYSTEM**: I caused the document to be electronically filed with Clerk of the United States District Court using its ECF System, which electronically notifies the party listed in the Service List.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2025, at Orange County, California.

/s/ James Whitemyer
James Whitmyer