9:59                                                                    .ıl  5G 🔋

## Motion ⌄                                                            Done



*Exhibit A*

2:24-CV-9601-
WLH (JPRX)

## DECLARATION OF KATY DIANN WOODY

I, Katy Diann Woody, declare:

1. I am a defendant in this case.
2. I never received a summons directed to me.
3. The only summons I saw was directed to "Adam Iza."
4. My name appeared only on an attachment page.
5. On August 30, 2025, I learned default had been entered against me.
6. Attached are true copies of:
   - Ex. A: Summons directed to "Adam Iza"
   - Ex. B: Attachment listing other names including mine
   - Ex. C: Clerk's Entry of Default (Aug. 30, 2025)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9·2·25  at  4:00pm

*Katy Diann Woody*
**Katy Diann Woody**

Commonwealth of Virginia
City/County of Orange

The foregoing instrument was acknowledged before me this __2nd__ day of __September__, 20 25
by __Katy Diann Woody__
Notary Signature __Christina Craft__
Registration # 00281435      Expires June 30, 2028
CHRISTINA F. CRAFT, Notary Public



