Katy Diann Woody _____ (Full Name)

■ Individually

□ d/b/a _____ (Business Name)

obxkaty@gmail.com _____ (Email)

11237 Mitchell Road _____ (Address Line 1)

Rapidan, Virginia  22733 _____ (Address Line 2)

540-289-0000 _____ (Phone Number)

Defendant in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Enzo Zelocchl _____ ,

Plaintiff,

vs.

Katy Diann Woody _____

_____ ,

Defendant(s).

Case No.: 2:24-cv-9601-WLH(JPRx) _____

**DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED.  R.  CIV.  P. 55(c)**

**Hearing Date:** _____

**Hearing Time:** _____

**Judge:** Serena R. Murillo _____
(Judge's name)

**Place:** 5D _____
(courtroom number)

I, _____ Katy Diann Woody _____ , declare as follows:
(print name)

1.    I am the Defendant in the above-entitled case.

2.    I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3.    I became aware of this lawsuit on (*date*): _____09/02/2025_____.

I found out about this lawsuit because: _____

My family found a document about the lawsuit on Google 09/02/2025, and I then contacted the court.

4.    I responded to the lawsuit by taking the following actions:

(*Explain what actions you took to respond to the lawsuit, and include specific dates.*)

Called pro se attorney and had them explain what I needed to do to respond to the lawsuit.

2

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

5.     My delay in filing a response to the lawsuit was not intentional.  I did not file a timely formal response to the lawsuit for the following reasons: No valid summons was ever issued to Katy Diann Woody.

Listing her name on an attached page, does not substitute for a properly directed summons.  Katy Diann Woody has lived in the state of Virginia for the past 63 years.  She has never met or spoken to Enzo Zelocchl. She did not know she was even named in the lawsuit he filed against her and others.  No court date or time was ever provided to her. Please have this lawsuit thrown out of court.

6.     The following facts support my defenses to this lawsuit:

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed.  R.  Civ.  P. 55(c)

7.    I have no reason to believe Plaintiff will suffer prejudice if the Court grants this motion.

8.    (*Include any other facts you want the Court to know.*): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____09/06/2025_____, in _____Rapidan, Virginia_____.
            (date of signing)                              (city, state of signing)

Sign: Katy Diann Woody

Print Name: Katy Diann Woody

Defendant in Pro Per

4

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

**Extremely Urgent**

This envelope is for use with the following services:    **UPS Next Day Air**
**UPS Worldwide E**
**UPS 2nd Day Air**

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must

```
KATY WOODY                              0.4 LBS LTR
(540) 289-0000                          SHP WT: LTR
THE UPS STORE #6102                     DATE: 08 SEP 2025
2215 PLANK RD
FREDERICKSBURG  VA 22401-5226


SHIP CENTRAL DISTRICT OF CALIFORNIA
TO:  UNITED STATES COURTHOUSE
     STE TS-134
     255 E TEMPLE ST

LOS ANGELES  CA 90012

              CA 901 9-12

UPS NEXT DAY AIR                     1

TRACKING #: 1Z 128 80X 01 2084 0485


BILLING: P/P
```

CLERK U.S. DISTRICT COURT

RECEIVED

SEP 11 2025

REF #1: AS

CENTRAL DISTRICT OF CALIFORNIA
BY

**Apply shipping documents or**

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to l
about our Print & Business

From:

Katy Woody
11237 Mitchell Rd
Rapidan, VA 22733

Enzo Zeloc
Case #: 2:24-CV-91

CSO ROYBAL X-RAYED

Serving you for more than 100 years

Express

THE UPS STORE



theupsstore.com ■ theupsstorefranchise.com

P:ORANGE4           1:1

113-1078     0485

1Z12880X012084

SAT08485 XLE 01-1 Sep  9  07:00:11 2025
US 9007 HIPPS 25.3.2 SatDLR      1030

UNITED STATES COURTHOUSE
255 E TEMPLE ST
STE TS-134
LOS ANGELES CA 90012