**ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Enzo Zelocchi<br><br>———————————<br>*Plaintiff(s)*<br>v.<br><br>Adam Iza, an individual; Iris Au, an individual;<br>Richard Dudgeon, an individual; Dean Bryan<br>Rawlings, an individual; Christopher Quintenero, an<br>individual; (See attachment #1)<br>———————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:24-cv-9601-WLH(JPRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam A Iza, an individual
Register Number: 37598-511
C/O Metropolitan Detention Center
535 N Alameda Street,
Los Angeles, CA 90012

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Enzo Zelocchi
333 Washington Blvd, #244
Marina Del Rey, CA 90292

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/14/24

_____
Signature of Clerk or Deputy Clerk          **1257**

**MEGAN ZARI**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-9601-WLH(JPRx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ENZO ZELOCCHI
333 Washington Blvd, #244
Marina Del Rey, CA 90292
(910) 898-9077
desertstorm99@protonmail.com
Plaintiff, in pro per

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENZO ZELOCCHI**, an individual, Plaintiff, <br><br> vs. <br><br> **ADAM IZA**, an individual; **IRIS AU**, an individual; **RICHARD DUDGEON**, an individual; **DEAN BRYAN RAWLINGS**, an individual; **CHRISTOPHER QUINTENERO**, an individual; **MICHAEL QUINTENERO**, an individual; **TROY WOODY JR.**, an individual; **KATY DIANN WOODY**, an individual; **THOMAS CORNELIA**, an individual; **CORNELIA MEDIA, LLC.**, a Nevada corporation; **KENNETH CHILDS**, an individual; **PARAMOUNT INVESTIGATIVE SERVICES**, a California corporation; and **DOES 1-10**, INCLUSIVE <br><br> Defendants | Case No.: 2:24-cv-9601-WLH(JPRx) <br><br> **COMPLAINT FOR** <br><br> 1. **VIOLATION OF THE RACKETEER INFLUENCED AND CORRPUT ORGANIZATION ACT (RICO), 18 U.S.C. § 1962** <br> 2. **VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT (CFAA), 18 U.S.C. § 1030** <br> 3. **VIOLATION OF CALIFORNIA PENAL CODE § 502 (UNAUTHORIZED ACCESS OF COMPUTERS)** <br> 4. **ATTEMPTED EXTORTION** <br> 5. **AIDING & ABETTING** <br> 6. **CONSPIRACY TO VIOLATE RICO, 18 U.S.C. § 1962(d)** <br> 7. **ASSAULT** <br> 8. **BATTERY** <br> 9. **TRESPASS TO LAND** <br> 10. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** <br> 11. **DEFAMATION PER SE** <br> 12. **FALSE LIGHT INVASION OF PRIVACY** <br><br> **DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENZO ZELOCCHI, et al. v. ADAM IZA, et al.
2:24-cv-9601-WLH(JPRx)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

ADAM IZA, an individual
277 St. Pierre Road,
Los Angeles, CA 90077
Presently detained at MDC Los Angeles, may be served using the following information:
Adam A Iza
Register Number: 37598-511
Metropolitan Detention Center
535 N Alameda Street,
Los Angeles, CA 90012

IRIS AU, an individual
7 Via Brezza,
Newport Coast, California 92657

RICHARD DUDGEON, an individual
12294 Meadowvale St.,
Eastvale, CA 91752

DEAN BRYAN RAWLINGS, an individual
1150 W Phillips St.,
Ontario, CA 91762

CHRISTOPHER QUINTENERO, an individual
*Home address unknown, may be served at place of employment*
Los Angeles County Sheriff's Department
211 W Temple St,
Los Angeles, CA 90012

MICHAEL QUINTENERO, an individual
*Home address unknown, C/O CHRISTOPHER QUINTNENERO (brother)*
Los Angeles County Sheriff's Department
211 W Temple St,
Los Angeles, CA 90012

///

///

ENZO ZELOCCHI, et al. v. ADAM IZA, et al.
2:24-cv-9601-WLH(JPRx)

ATTACHMENT #2 TO SUMMONS (cont'd)


TROY WOODY JR., an individual
1411 Northridge Dr.,
Fredericksburg, VA 22405
Incarcerated under METRO MANILA DISTRICT JAIL-ANNEX 2 located at the Compound Bureau of Jail
Management and Penology (BJMP), Camp Bagong Diwa, Lower Bicutan, Taguig City;
May be served through his attorney of Record:
Ronnie Miranda (SBN: 291757)
9350 Wilshire Blvd. Suite 203
Beverly Hills, CA 90212-3204

KATY DIANN WOODY, an individual
14101 Cedar Plantation Rd,
Spotsylvania, VA 22551

THOMAS CORNELIA, an individual
5603 S Eastern Ave,
Las Vegas, NV 89119

CORNELIA MEDIA, LLC., a Nevada corporation
5603 S Eastern Ave,
Las Vegas, NV, 89119

KENNETH CHILDS, an individual
Paramount Investigative Services
633 W 5th St. Fl 26,
Los Angeles, CA 90071

PARAMOUNT INVESTIGATIVE SERVICES, a California corporation
633 W 5th St. Fl 26,
Los Angeles, CA 90071

Page 2 of 2