Name: SPENCER CORNELIA

Address: 7850 THUNDER ECHO ST

LAS VEGAS NV 89131

Phone Number: 678 294 9774

Email Address: spencerdcornelia@gmail.com

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENZO ZELOCCHI

PLAINTIFF(S)

v.

SPENCER THOMAS CORNELIA
CORNELIA MEDIA LLC

DEFENDANT(S)

CASE NUMBER

2: 2024 cv 09601

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☐ Plaintiff ☑ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 2-20-2026

Signature:

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

Case 2:24-cv-09601-SRM-JPR    Document 80    Filed 02/25/26    Page 2 of 3    Page ID #:749

SPENCER CORNELIA
7850 THUNDER ECHO ST.
LAS VEGAS, NV 89131

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
255 EAST TEMPLE ST., SUITE 180
LOS ANGELES, CA 90012

SUB



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 25 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY