**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Enzo Zelocchi

Plaintiff(s)

v.

Adam Iza, et al.

Defendant(s)

CASE NUMBER

2:24-cv-09601-SRM-JPR

**ORDER ON REQUEST FOR
APPROVAL OF SUBSTITUTION OR
WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Enzo Zelocchi
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other _____

☒ to substitute                    Marc Y. Lazo                    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

21163 Newport Coast Dr. #245

Newport Beach, California 92657
*City, State, Zip*

*Street Address*

mlazo@phlegal.us.com
*E-Mail Address*

(949) 791-4050
*Telephone Number*

(949) 791-4021
*Fax Number*

215998
*State Bar Number*

as attorney of record instead of

Enzo Zelocchi, in pro per
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of Enzo Zelocchi, in pro per

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Enzo Zelocchi

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  March 3, 2026

Serena R. Murillo, U. S. District Judge